-4-

# EXHIBIT A

Order Authorizing Retention of Perkins Coie LLP

Order Filed on
12/14/2012
by Clerk U.S. Bankruptcy
Court District of New Jersey

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**McDonnell Crowley, LLC**<br>115 Maple Avenue – Suite 201<br>Red Bank, NJ 07701<br>(732) 383-7233<br>bcrowley@mcdonnellcrowley.com<br>Brian T. Crowley (BC2778)<br>*Counsel to John M. McDonnell,*<br>  *Chapter 7 Trustee* |  |
| In re:<br><br>AMY L. FANG,<br><br>                    Debtor. | Case No. 12-26863 (MBK)<br><br>Honorable Michael B. Kaplan<br><br>Chapter 7 |

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

**ORDER AUTHORIZING RETENTION OF PERKINS COIE, LLP AS SPECIAL
COUNSEL FOR CHAPTER 7 TRUSTEE *NUNC PRO TUNC* TO NOVEMBER 15, 2012**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: 12/14/2012**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

LEGAL25255959.1

Case 12-26863-MBK Doc 69-1 Filed 12/14/14 Entered 12/14/14 17:16:40 Desc Main
Exhibit A Order Authorizing Retention of Perkins Coie    Page 3 of 4

Case 12-26863-MBK Doc 59 Filed 12/14/14 Entered 12/14/14 17:16:40 Desc Main
Document    Page 2 of 2

In re:   Amy L. Fang

Case No.: 12-26863 (MBK)

Applicant: John M. McDonnell

☒ Trustee:  ☒ Chap. 7   ☐ Chap. 11   ☐ Chap. 13.

☐ Debtor:   ☐ Chap. 11   ☐ Chap. 13

☐ Official Committee of _____

Professional: Perkins Coie, LLP

Address:  30 Rockefeller Plaza – 25th Floor
New York, New York 10112

☐ Attorney for:

☐ Trustee   ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Accountant for:

☐ Trustee   ☐ Debtor-in-Possession

☐ Official Committee of _____

☒ Other Professional:

☐ Realtor   ☐ Appraiser   ☒ Special Counsel

☐ Auctioneer ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,
It is hereby ORDERED as follows:

1. The applicant, John M. McDonnell, Chapter 7 Trustee, is authorized to retain the professional, Perkins Coie, LLP, to act as special counsel for the Trustee.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date is *Nunc Pro Tunc* to November 15, 2012.

- 2 -

LEGAL25255959.1

*Approved by Judge Michael Kaplan December 14, 2012*

Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                         Case No.: 12–26863–MBK
                         Chapter: 7
                         Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Amy L Fang
   aka Jianhua Liang
   351 State Road
   Princeton, NJ 08540

Social Security No.:
   xxx–xx–3478

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

      Please be advised that on December 14, 2012, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 35 – 34
Order Granting Application to Employ Perkins Coie, LLP as Special Counsel (Related Doc # 34).The following parties were served: Debtor, Debtor's Attorney, Trustee, US Trustee and Perkins Coie, LLP. Signed on 12/14/2012. (wir)

      Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 14, 2012
JJW: wir

                                                James J. Waldron
                                               Clerk