-5-

# EXHIBIT B

Time Entry Detail

**Time Entry Detail**

| Work Date | Category | Timekeeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|---|
| 11/14/2012 | Litigation | Vanacore, Jeffrey D. | 1.40 | 515.00 | $721.00 | Review initial case issues with B. Crowley; review turnover motion and objection; |
| 11/15/2012 | Litigation | Vanacore, Jeffrey D. | 0.40 | 515.00 | $206.00 | Review initial case issues; work with S. Haider regarding same. |
| 11/16/2012 | Litigation | Vanacore, Jeffrey D. | 0.40 | 515.00 | $206.00 | Meeting with S. Carroll and S. Haider regarding case strategy; |
| 11/21/2012 | Litigation | Carroll, Schuyler G. | 0.80 | 795.00 | $636.00 | Consider issues regarding merits of potential claims; strategy in pursuing claims; telephone conferences with B. Crowley; meeting with S. Haider. |
| 11/26/2012 | Litigation | Haider, Shan A. | 0.40 | 340.00 | $136.00 | Conference with J. Vanacore and S. Carroll regarding potential claims against debtor and strategy considerations going forward; |
| 11/26/2012 | Litigation | Vanacore, Jeffrey D. | 0.20 | 515.00 | $103.00 | Review letter from Trustee regarding letter brief and motion to withdraw same; |
| 11/26/2012 | Litigation | Vanacore, Jeffrey D. | 0.40 | 515.00 | $206.00 | Meeting with S. Haider and S. Carroll regarding initial case issues; review same; |
| 11/26/2012 | Litigation | Carroll, Schuyler G. | 0.80 | 795.00 | $636.00 | Consider issues and develop strategy to assert claims in adversary proceeding; |
| 11/26/2012 | Litigation | Carroll, Schuyler G. | 0.50 | 795.00 | $397.50 | Meetings with J. Vanacore, S. Haider with respect to developing strategy; |
| 11/28/2012 | Litigation | Vanacore, Jeffrey D. | 0.20 | 515.00 | $103.00 | Review freezing of account issues with PNC bank; |
| 11/28/2012 | Retention Application | Haider, Shan A. | 0.30 | 340.00 | $102.00 | Review of materials with respect to conflicts; |
| 11/29/2012 | Retention Application | Haider, Shan A. | 0.20 | 340.00 | $68.00 | Emails with J. Vanacore, S. Carroll regarding appropriate fee structure; |
| 11/29/2012 | Retention Application | Haider, Shan A. | 0.20 | 340.00 | $68.00 | Telephone conference with B. Crowley regarding retention fee structure and process in freezing PPNC accounts; |
| 12/3/2012 | Retention Application | Haider, Shan A. | 0.60 | 340.00 | $204.00 | Review, revise and finalize draft retention application and emails with J. Vanacore, S. Carroll with respect to same; |
| 12/4/2012 | Retention Application | Haider, Shan A. | 0.20 | 340.00 | $68.00 | Further revisions to retention papers as per request of S. Carroll, J. Vanacore and provide papers to trustee's counsel; |
| 12/7/2012 | Litigation | Haider, Shan A. | 0.60 | 340.00 | $204.00 | Draft letter to PNC Bank, including review of appropriate form for same (.4); telephone conference with B. Crowley on letter to PNC Bank and next steps for case (.2); |

**Time Entry Detail**

| Work Date | Category | Timekeeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|---|
| 12/9/2012 | Litigation | Haider, Shan A. | 0.70 | 340.00 | $238.00 | Draft letter to PNC Bank requesting account hold and provide draft of same to J. Vanacore; |
| 12/10/2012 | Litigation | Haider, Shan A. | 0.20 | 340.00 | $68.00 | Review and revise letter to PNC Bank, including revisions provided by J. Vanacore. |
| 12/10/2012 | Litigation | Vanacore, Jeffrey D. | 0.20 | 515.00 | $103.00 | Review and revise letter to PNC; review same with S. Haider; |
| 12/12/2012 | Litigation | Haider, Shan A. | 0.30 | 340.00 | $102.00 | Review and finalize letter to PNC Bank; |
| 12/12/2012 | Litigation | Collins, Allan G. | 0.70 | 130.00 | $91.00 | Confer with S. Haider regarding letter to PNC; review and revise letter; assist with finalizing and including attachments; |
| 12/17/2012 | Litigation | Haider, Shan A. | 0.10 | 340.00 | $34.00 | Emails with J. Vanacore regarding strategy moving forward; |
| 1/2/2013 | Litigation | Haider, Shan A. | 0.20 | 395.00 | $79.00 | Telephone conference with B. Crowley, S. Carroll on status and development of strategy moving forward; |
| 1/2/2013 | Litigation | Carroll, Schuyler G. | 0.40 | 825.00 | $330.00 | Meeting with S. Haider, telephone conference with B. Crowley regarding strategy in prosecuting claims; |
| 1/3/2013 | Litigation | Carroll, Schuyler G. | 0.40 | 825.00 | $330.00 | Emails with S. Haider, B. Crowley, H. Wang regarding settlement discussions; |
| 1/8/2013 | Litigation | Haider, Shan A. | 0.70 | 395.00 | $276.50 | Conference with B. Crowley, S. Carroll on negotiation strategy in preparation for call with debtor's counsel (.3); telephone conference with debtor's counsel, S. Carroll, B. Crowley (.2); review post-conference call emails on strategy and consider same (.2) |
| 1/8/2013 | Litigation | Carroll, Schuyler G. | 0.40 | 825.00 | $330.00 | Meeting with S.Haider, telephone conference with B. Crowley with respect to strategy in prosecuting claims; |
| 1/14/2013 | Litigation | Haider, Shan A. | 0.20 | 395.00 | $79.00 | Review email exchange and counteroffer from B. Crowley to debtor's counsel; |
| 1/14/2013 | Litigation | Carroll, Schuyler G. | 0.30 | 825.00 | $247.50 | Emails with S. Haider, B. Crowley regarding settlement negotiations; |
| 1/16/2013 | Litigation | Haider, Shan A. | 0.20 | 395.00 | $79.00 | Review emails from B. Crowley and debtor's counsel regarding extending deadline to facilitate further settlement discussions (.2); |
| 1/16/2013 | Litigation | Carroll, Schuyler G. | 0.30 | 825.00 | $247.50 | Meetings with S. Haider, emails with B. Crowley regarding settlement discussions; |
| 2/14/2013 | Litigation | Haider, Shan A. | 0.20 | 395.00 | $79.00 | Review draft demand for information provided by B. Crowley; |

**Time Entry Detail**

| Work Date | Category | Timekeeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|---|
| 2/22/2013 | Litigation | Haider, Shan A. | 0.90 | 395.00 | $355.50 | Telephone conference with B. Crowley regarding discovery requests (.2); draft additional discovery requests and provide same to B. Crowley and trustee (.7); |
| 2/26/2013 | Litigation | Haider, Shan A. | 0.20 | 395.00 | $79.00 | Review letter to trustee and related letter with respect to substitution of counsel; |
| 2/26/2013 | Litigation | Vanacore, Jeffrey D. | 0.40 | 535.00 | $214.00 | Review case issues with B. Crowley and S. Carroll; |
| 2/28/2013 | Litigation | Haider, Shan A. | 0.60 | 395.00 | $237.00 | Revisions to document request and provide same to debtor's substitute counsel (.4); emails with debtors' counsel regarding discovery requests and scheduling telephone conference (.2); |
| 3/1/2013 | Fee Application | Haider, Shan A. | 0.30 | 395.00 | $118.50 | Office conferences with S. Carroll, J. Vanacore on fee application; |
| 3/1/2013 | Fee Application | Haider, Shan A. | 1.10 | 395.00 | $434.50 | Review and revise fee application; |
| 3/1/2013 | Litigation | Haider, Shan A. | 0.10 | 395.00 | $39.50 | Telephone conference with B. Crowley regarding negotiation strategy; |
| 3/5/2013 | Fee Application | Maag, Mary Lou | 0.20 | 205.00 | $41.00 | Research and emails regarding status of case, timing of fee application preparation; |
| 3/5/2013 | Fee Application | Haider, Shan A. | 0.90 | 395.00 | $355.50 | Conference with debtors' counsel with respect to status and negotiations (.3); review email forwarded by B. Crowley regarding former debtors' counsel's position on fees (.3); emails with B. Crowley regarding status of negotiations (.3); |
| 3/5/2013 | Litigation | Haider, Shan A. | 0.40 | 395.00 | $158.00 | Review email from S. Carroll with respect to negotiation strategy; |
| 3/8/2013 | Litigation | Haider, Shan A. | 0.80 | 395.00 | $316.00 | Prepare for telephone conference with debtors' counsel for negotiations (.3); telephone conference with debtors' counsel on negotiations and steps moving forward (.3); emails with B. Crowley regarding discussions with debtors' counsel (.2); |
| 3/12/2013 | Litigation | Haider, Shan A. | 0.20 | 395.00 | $79.00 | Provide update to S. Carroll on status of negotiation; |
| 3/13/2013 | Litigation | Haider, Shan A. | 0.20 | 395.00 | $79.00 | Telephone conference with B. Crowley regarding status of negotiation and next steps; |

**Time Entry Detail**

| Work Date | Category | Timekeeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|---|
| 3/14/2013 | Litigation | Haider, Shan A. | 0.40 | 395.00 | $158.00 | Review email from debtor's counsel regarding scheduling of settlement conference (.2); emails with B. Crowley with respect to debtor's counsel's email on scheduling and related strategy considerations (.2); |
| 3/15/2013 | Litigation | Haider, Shan A. | 0.20 | 395.00 | $79.00 | Email to debtor's counsel regarding settlement conference and lapsing offer; |
| 3/18/2013 | Litigation | Haider, Shan A. | 0.70 | 395.00 | $276.50 | Review materials in preparation for conference with debtor's counsel (.3); telephone conference with Fang's counsel on position and negotiation (.3); telephone conference with B. Crowley regarding call with debtors and strategy moving forward (.2); |
| 3/19/2013 | Litigation | Haider, Shan A. | 0.20 | 395.00 | $79.00 | Locate current discovery deadline and email with B. Crowley regarding same; |
| 3/25/2013 | Litigation | Haider, Shan A. | 0.21 | 395.00 | $82.95 | email and call with B. Crowley regarding debtor's counsel rejection of settlement offer and related litigation strategy discussion |
| 3/25/2013 | Litigation | Haider, Shan A. | 0.20 | 395.00 | $79.00 | settlement conference with debtor's counsel |
| 3/25/2013 | Litigation | Haider, Shan A. | 0.30 | 395.00 | $118.50 | prepare for conference with debtor's counsel regarding settlement |
| 3/25/2013 | Litigation | Haider, Shan A. | 1.10 | 395.00 | $434.50 | Review discovery responses provided by debtor's counsel and consider same |
| 3/26/2013 | Litigation | Haider, Shan A. | 0.30 | 395.00 | $118.50 | review of additional responses to discovery requests received from debtor |
| 3/26/2013 | Litigation | Haider, Shan A. | 0.30 | 395.00 | $118.50 | update S. Carroll on rejected offer and discovery responses received |
| 4/11/2013 | Litigation | Haider, Shan A. | 0.20 | 395.00 | $79.00 | Conference with S. Carroll regarding strategy going forward and messages with B. Crowley regarding same; |
| 4/13/2013 | Litigation | Haider, Shan A. | 0.20 | 395.00 | $79.00 | Review email from debtor's counsel regarding discovery and related deadlines and provide same to B. Crowley; |
| 4/24/2013 | Litigation | Haider, Shan A. | 0.30 | 395.00 | $118.50 | Telephone conference and notes with B. Crowley regarding documents provided and litigation strategy going forward, including Rule 2004 examination of insurance agent; |
| 4/26/2013 | Litigation | Haider, Shan A. | 0.30 | 395.00 | $118.50 | Review Rule 2004 notices drafted by paralegal and emails regarding same (.3); |

**Time Entry Detail**

| Work Date | Category | Timekeeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|---|
| 4/26/2013 | Litigation | Maag, Mary Lou | 2.80 | 205.00 | $574.00 | Research New Jersey rules and procedures regarding requests for Rule 2004 examinations (.8); coordinate assistance with preparation of New Jersey templates (.6); review adversary proceeding complaint and draft subpoena to H. Tang, representative of AXA Advisors (1.1); email forwarding draft and comments on rules (.3); |
| 5/1/2013 | Litigation | Haider, Shan A. | 0.40 | 395.00 | $158.00 | Review supplemental responses to request for documents from debtor's counsel; |
| 5/2/2013 | Litigation | Haider, Shan A. | 0.20 | 395.00 | $79.00 | Review form Rule 2004 notice from B. Crowley and provide same to paralegal; |
| 5/6/2013 | Litigation | Haider, Shan A. | 0.60 | 395.00 | $237.00 | Review email and attached draft Rule 2004 request for documents from paralegal (.6) |
| 5/6/2013 | Litigation | Maag, Mary Lou | 1.40 | 205.00 | $287.00 | Revise draft subpoena to H. Tang (1.1); emails regarding subpoena and New Jersey procedures (.1); arrange for retrieval of Mr. Tang's home address if needed for service (.2). |
| 5/7/2013 | Litigation | Haider, Shan A. | 0.30 | 395.00 | $118.50 | Review information retrieved by paralegal with respect to life insurance agent; |
| 5/7/2013 | Litigation | Braucht, Karen S. | 0.10 | 230.00 | $23.00 | Retrieve public records report for M. Maag; |
| 5/7/2013 | Litigation | Maag, Mary Lou | 0.10 | 205.00 | $20.50 | Review and forward H. Tang address and contact information; |
| 5/9/2013 | Litigation | Maag, Mary Lou | 0.40 | 205.00 | $82.00 | Review sample subpoena from New Jersey counsel; begin revisions to draft; |
| 5/13/2013 | Litigation | Maag, Mary Lou | 1.40 | 205.00 | $287.00 | Continue review of case record and revise and forward subpoena to Tang; |
| 5/17/2013 | Litigation | Haider, Shan A. | 0.40 | 395.00 | $158.00 | Review debtor's answer; |
| 5/20/2013 | Litigation | Haider, Shan A. | 0.40 | 395.00 | $158.00 | Review and provide comments to paralegal on draft Rule 2004 exam; |
| 5/20/2013 | Litigation | Maag, Mary Lou | 0.60 | 205.00 | $123.00 | Revise and forward Rule 2004 subpoena to H. Tang; |
| 5/23/2013 | Litigation | Haider, Shan A. | 0.20 | 395.00 | $79.00 | Review draft scheduling order from B. Crowley; |
| 5/28/2013 | Litigation | Haider, Shan A. | 0.20 | 395.00 | $79.00 | Conference with B. Crowley regarding status of litigation; |
| 6/3/2013 | Fee Application | Maag, Mary Lou | 0.10 | 205.00 | $20.50 | Communications with team regarding invoices, case and fee application status; |
| 6/3/2013 | Litigation | Haider, Shan A. | 0.40 | 395.00 | $158.00 | Review and revise Rule 2004 of insurance agent; |
| 6/4/2013 | Litigation | Haider, Shan A. | 0.60 | 395.00 | $237.00 | Revise Rule 2004 request for documents and provide same to client for review; |
| 6/10/2013 | Litigation | Haider, Shan A. | 0.30 | 395.00 | $118.50 | Coordinate service of Rule 2004 with A. Collins; |

**Time Entry Detail**

| Work Date | Category | Timekeeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|---|
| 6/10/2013 | Litigation | Collins, Allan G. | 0.40 | 135.00 | $54.00 | Confer with S. Haider regarding service of subpoena; research federal rules relating to same; |
| 6/10/2013 | Litigation | Vanacore, Jeffrey D. | 0.20 | 535.00 | $107.00 | Review 2004; execute same; |
| 6/11/2013 | Litigation | Collins, Allan G. | 0.90 | 135.00 | $121.50 | Confer with S. Haider regarding Rule 2004 subpoena; draft letter delivering same; |
| 6/11/2013 | Litigation | Collins, Allan G. | 0.40 | 135.00 | $54.00 | Draft Cover Letter delivering 2004 Subpoena; |
| 7/11/2013 | Litigation | Haider, Shan A. | 0.20 | 395.00 | $79.00 | Review and respond to email from B. Crowley regarding joint scheduling order, including retrieval and review of related emails; |
| 7/16/2013 | Litigation | Haider, Shan A. | 0.60 | 395.00 | $237.00 | Review and compare proposed scheduling orders and updates to B. Crowley regarding considerations (.4); conferences with opposing counsel and Chapter 7 Trustee's office (.2). |
| 8/5/2013 | Litigation | Haider, Shan A. | 0.20 | 395.00 | $79.00 | Conference with S. Carroll regarding update on case and strategy in light of email from trustee; |
| 9/24/2013 | Litigation | Haider, Shan A. | 0.20 | 395.00 | $79.00 | Review email from S. Carroll and related chain regarding strategy; |
| 9/27/2013 | Litigation | Haider, Shan A. | 0.40 | 395.00 | $158.00 | Prepare for and participate in conference with Chapter 7 Trustee's counsel regarding litigation strategy; |
| 10/13/2013 | Litigation | Haider, Shan A. | 0.70 | 395.00 | $276.50 | Prepare for conference with Trustee' counsel (.3); conference with M. Burne regarding strategy (.4); |
| 10/14/2013 | Litigation | Haider, Shan A. | 0.30 | 395.00 | $118.50 | Emails with S. Carroll regarding call with Trustee counsel and discussions on negotiation strategy; |
| 10/16/2013 | Litigation | Vanacore, Jeffrey D. | 0.40 | 535.00 | $214.00 | Review status of case; prepare for telephone conference with B. Crowley. |
| 10/16/2013 | Litigation | Vanacore, Jeffrey D. | 0.90 | 535.00 | $481.50 | Review case issues and strategy with B. Crowley; |
| 10/23/2013 | Litigation | Haider, Shan A. | 4.90 | 395.00 | $1,935.50 | Draft notices of depositions (.6); review documents from cases, including schedules and prior motions in order to formulate strategy (3.8); conferences with J. Vanacore receiving instructions (.5); |
| 10/23/2013 | Litigation | Collins, Allan G. | 0.40 | 135.00 | $54.00 | Confer with S. Haider regarding Notice to Take Deposition; research relating to form of same; |
| 10/23/2013 | Litigation | Vanacore, Jeffrey D. | 0.40 | 535.00 | $214.00 | Review and revise deposition notice; strategy regarding deposition; email with B. Crowley; |
| 10/23/2013 | Litigation | Vanacore, Jeffrey D. | 0.40 | 535.00 | $214.00 | Telephone conference with B. Crowley regarding case issues; strategy regarding same; |

**Time Entry Detail**

| Work Date | Category | Timekeeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|---|
| 10/24/2013 | Litigation | Haider, Shan A. | 7.90 | 395.00 | $3,120.50 | Research case law on spendthrift trusts (5.2); conferences with J. Vanacore (.5); strategy considerations (2.2); |
| 10/24/2013 | Litigation | Vanacore, Jeffrey D. | 0.40 | 535.00 | $214.00 | Strategy with S. Haider; review deposition issues; |
| 10/25/2013 | Litigation | Haider, Shan A. | 5.90 | 395.00 | $2,330.50 | Draft email to J. Vanacore providing suggested strategy (.4); additional research on spendthrift trusts and factual record (4.2); conference with Trustee's counsel (.3); conferences with J. Vanacore (.2); conference with Debtor's counsel (.2); prepare document requests (.6). |
| 10/28/2013 | Litigation | Haider, Shan A. | 3.20 | 395.00 | $1,264.00 | Continued work on strategy, including drafting rule 2004 of the trustees of the living trust. |
| 10/28/2013 | Litigation | Collins, Allan G. | 0.70 | 135.00 | $94.50 | Confer with S. Haider regarding service of Rule 2004 Subpoenas; coordinate service of same. |
| 10/28/2013 | Litigation | Vanacore, Jeffrey D. | 0.40 | 535.00 | $214.00 | Review document demand subpoena; execute same; review same with S. Haider; |
| 10/29/2013 | Litigation | Haider, Shan A. | 0.40 | 395.00 | $158.00 | Respond to emails from J. Vanacore and B. Crowley regarding pro hac; |
| 10/29/2013 | Litigation | Vanacore, Jeffrey D. | 0.20 | 535.00 | $107.00 | Emails with B. Crowley regarding pro hac application; review issues; review case status; |
| 10/30/2013 | Litigation | Haider, Shan A. | 0.60 | 395.00 | $237.00 | Per instructions from J. Vanacore draft pro hacs; |
| 10/30/2013 | Litigation | Collins, Allan G. | 1.30 | 135.00 | $175.50 | Confer with S. Haider and draft Application to Admit Counsel Pro Hac Vice; |
| 11/1/2013 | Litigation | Haider, Shan A. | 1.70 | 395.00 | $671.50 | Draft and finalize document requests to trustees of revocable living trust; |
| 11/1/2013 | Litigation | Collins, Allan G. | 1.20 | 135.00 | $162.00 | Draft Motion to Admit S. Haider Pro Hac Vice; |
| 11/1/2013 | Litigation | Collins, Allan G. | 1.30 | 135.00 | $175.50 | Confer with S. Haider regarding amending subpoenas on E. Cheng and E. Fang; finalize subpoenas and arrange for service of process; |
| 11/1/2013 | Litigation | Haider, Shan A. | 2.10 | 395.00 | $829.50 | Prepare pro hac papers for filing; |
| 11/5/2013 | Litigation | Haider, Shan A. | 0.20 | 395.00 | $79.00 | Conference with paralegal and review of emails regarding pro hac vice and proposed order; |
| 11/5/2013 | Litigation | Collins, Allan G. | 0.30 | 135.00 | $40.50 | Confer with InSync Litigation and S. Haider regarding status of service of amended subpoenas; |
| 11/11/2013 | Litigation | Haider, Shan A. | 0.30 | 395.00 | $118.50 | Conference and emails with debtor's counsel (.2); email to B. Crowley providing update on status (.1); |
| 11/13/2013 | Litigation | Haider, Shan A. | 0.70 | 395.00 | $276.50 | Review documents provided by trustee to revocable living trust; |

**Time Entry Detail**

| Work Date | Category | Timekeeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|---|
| 11/20/2013 | Litigation | Haider, Shan A. | 2.90 | 395.00 | $1,145.50 | Research spendthrift trusts (1.4); draft email to debtor's counsel asserting that trust funds are property of the estate (1.5); |
| 11/21/2013 | Litigation | Haider, Shan A. | 0.60 | 395.00 | $237.00 | Settlement conference with J. Kim (.4); conference with S. Carroll regarding strategy (.2); |
| 11/27/2013 | Litigation | Haider, Shan A. | 0.20 | 395.00 | $79.00 | Review materials from E. Fang; |
| 12/4/2013 | Litigation | Haider, Shan A. | 0.40 | 395.00 | $158.00 | Conference with J. Kim providing regarding offer to settle; |
| 12/5/2013 | Litigation | Haider, Shan A. | 0.30 | 395.00 | $118.50 | Review and consider email from Debtor's counsel outlining proposed interpretation of Trust documents; |
| 12/9/2013 | Litigation | Haider, Shan A. | 0.20 | 395.00 | $79.00 | Prepare for and conference with B. Crowley regarding settlement offer from Debtor; |
| 12/10/2013 | Litigation | Vanacore, Jeffrey D. | 0.20 | 535.00 | $107.00 | Review case status with S. Haider; strategy regarding same; |
| 12/11/2013 | Litigation | Haider, Shan A. | 0.10 | 395.00 | $39.50 | Conference with Debtor's counsel regarding monies held in trust; |
| 12/16/2013 | Litigation | Haider, Shan A. | 0.30 | 395.00 | $118.50 | Review and respond to email from Debtor's counsel regarding creation of revocable trust; |
| 1/13/2014 | Litigation | Haider, Shan A. | 0.20 | 490.00 | $98.00 | Emails with S. Carroll and B. Crowley regarding settlement offer received from J. Lim; |
| 1/21/2014 | Litigation | Haider, Shan A. | 0.20 | 490.00 | $98.00 | Conference with S. Carroll regarding strategy related to injunction; |
| 1/21/2014 | Litigation | Carroll, Schuyler G. | 0.20 | 855.00 | $171.00 | Meetings with S. Haider regarding strategy moving forward with respect to pursuing litigation or potential settlement; |
| 1/22/2014 | Litigation | Haider, Shan A. | 0.30 | 490.00 | $147.00 | Review and respond to emails from S. Carroll and M. Burne regarding monies held at PNC; |
| 1/22/2014 | Litigation | Haider, Shan A. | 0.30 | 490.00 | $147.00 | Conference with S. Carroll and B. Crowley regarding litigation strategy; conference with paralegal regarding PNC funds; |
| 1/22/2014 | Litigation | Collins, Allan G. | 0.80 | 140.00 | $112.00 | Confer with S. Haider regarding holds on ONC accounts; multiple calls with PNC regarding various accounts; |
| 1/22/2014 | Litigation | Carroll, Schuyler G. | 0.40 | 855.00 | $342.00 | Emails with B. Crowley, S. Haider, M. Burne regarding obtaining information on available assets, 2004 examinations, motion to obtain restraining order, strategy moving forward with respect to pursuing litigation or potential settlement; |

**Time Entry Detail**

| Work Date | Category | Timekeeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|---|
| 1/22/2014 | Litigation | Carroll, Schuyler G. | 0.40 | 855.00 | $342.00 | Telephone conference with B. Crowley, S. Haider, M. Burne regarding strategy moving forward with respect to pursuing litigation or potential settlement; |
| 1/22/2014 | Litigation | Vanacore, Jeffrey D. | 0.40 | 580.00 | $232.00 | Telephone conference with Trustee's counsel regarding settlement; review same; |
| 1/22/2014 | Litigation | Vanacore, Jeffrey D. | 0.20 | 580.00 | $116.00 | Emails with Trustee regarding case strategy; review same; |
| 1/22/2014 | Litigation | Vanacore, Jeffrey D. | 0.20 | 580.00 | $116.00 | Review case strategy with S. Carroll; review same; |
| 1/28/2014 | Litigation | Collins, Allan G. | 0.20 | 140.00 | $28.00 | Call with PNC Bank regarding accounts; |
| 2/3/2014 | Litigation | Haider, Shan A. | 0.20 | 490.00 | $98.00 | Conferences with paralegal and S. Carroll regarding status of communications with PNC Bank regarding amounts funded; |
| 2/3/2014 | Litigation | Collins, Allan G. | 0.30 | 140.00 | $42.00 | Call with representative from PNC Bank regarding holds and balances on accounts; |
| 2/4/2014 | Litigation | Haider, Shan A. | 0.30 | 490.00 | $147.00 | Conference with paralegal regarding PNC Bank; reveiw materials from PNC; conference with S. Carroll and update to team; |
| 2/4/2014 | Litigation | Vanacore, Jeffrey D. | 0.20 | 580.00 | $116.00 | Review PNC bank letter; review case strategy with S. Haider; |
| 2/14/2014 | Litigation | Haider, Shan A. | 0.30 | 490.00 | $147.00 | Emails with J. Vanacore and S. Carroll regarding depositions and steps to protect funds; |
| 2/14/2014 | Litigation | Carroll, Schuyler G. | 0.40 | 855.00 | $342.00 | Consider strategy moving forward with respect to claims to recover insurance proceeds; |
| 2/14/2014 | Litigation | Vanacore, Jeffrey D. | 0.50 | 580.00 | $290.00 | Telephone conference and email with B. Crowley regarding strategy regarding depositions; review same; |
| 2/14/2014 | Litigation | Vanacore, Jeffrey D. | 0.20 | 580.00 | $116.00 | Review PNC bank issues; |
| 2/18/2014 | Litigation | Haider, Shan A. | 0.40 | 490.00 | $196.00 | Conferences and emails with A. Fang regarding notices of deposition to be drafted; review draft deposition notices from A. Fang; |
| 2/18/2014 | Litigation | Fang, Anyu | 3.90 | 410.00 | $1,599.00 | correspondence with S. Haider regarding notices of deposition for A. Fang, E. Fang, and E. Cheng; conference with S. Haider regarding notices of deposition; draft notices of deposition; |
| 2/19/2014 | Litigation | Haider, Shan A. | 0.80 | 490.00 | $392.00 | Attention to deposition notices, including revisions and emails with S. Carroll and J. Vanacore; conference and emails with J. Vanacore regarding strategy and stipulation; |

**Time Entry Detail**

| Work Date | Category | Timekeeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|---|
| 2/19/2014 | Litigation | Carroll, Schuyler G. | 0.40 | 855.00 | $342.00 | Review and revise deposition notices (.3); emails with B. Crowley and S. Haider regarding deposition notices (.1); |
| 2/19/2014 | Litigation | Vanacore, Jeffrey D. | 0.20 | 580.00 | $116.00 | Review stipulation issue with S. Haider; strategy regarding same; |
| 2/20/2014 | Litigation | Haider, Shan A. | 0.70 | 490.00 | $343.00 | Attention to depositions notices; conference with B. Crowley; conferences and emails with J. Vanacore regarding depositions; |
| 2/20/2014 | Litigation | Vanacore, Jeffrey D. | 0.20 | 580.00 | $116.00 | Brief review of deposition issues; email internally regarding same; |
| 2/20/2014 | Litigation | Vanacore, Jeffrey D. | 0.40 | 580.00 | $232.00 | Prepare for depositions; |
| 2/20/2014 | Litigation | Vanacore, Jeffrey D. | 0.30 | 580.00 | $174.00 | Telephone conference with B. Crowley regarding case strategy; |
| 2/25/2014 | Litigation | Haider, Shan A. | 2.10 | 490.00 | $1,029.00 | Settlement discussions with debtor's counsel (.4) ; email with S. Carroll regarding deposition notices (.1) ; emails to J. Vanacore regarding depositions (.2); conference with B. Crowley regarding deposition notice (.1) ; conference with J. Riviera regarding edits to deposition notices (.2) ; revise deposition notices (.3); review case background to provide one page summary to J. Vanacore in preparation for strategy |
| 2/26/2014 | Litigation | Haider, Shan A. | 1.10 | 490.00 | $539.00 | Conference with S. Carroll and J. Vanacore regarding strategy; conference with J. Vanacore regarding strategy and outline of issues; revise and serve deposition notices on J. Lim. |
| 2/26/2014 | Litigation | Vanacore, Jeffrey D. | 0.40 | 580.00 | $232.00 | Review deposition issues; prepare for same; |
| 2/26/2014 | Litigation | Vanacore, Jeffrey D. | 0.40 | 580.00 | $232.00 | Meeting with S. Haider and S. Carroll regarding case strategy and depositions; review issues regarding same; |
| 2/26/2014 | Litigation | Vanacore, Jeffrey D. | 0.30 | 580.00 | $174.00 | Review subpoenas and revise same; |
| 2/26/2014 | Litigation | Vanacore, Jeffrey D. | 0.20 | 580.00 | $116.00 | Review and revise stipulation regarding PNC bank; |
| 2/26/2014 | Litigation | Vanacore, Jeffrey D. | 0.40 | 580.00 | $232.00 | Review schedules to prepare for depositions; |
| 2/26/2014 | Litigation | Vanacore, Jeffrey D. | 0.40 | 580.00 | $232.00 | Strategy with S. Haider regarding depositions and related case issues; review same; |
| 2/26/2014 | Litigation | Carroll, Schuyler G. | 0.30 | 855.00 | $256.50 | Meeting with J. Vanacore, S. Haider regarding strategy for prosecuting claims to recover insurance funds, depositions; |
| 3/3/2014 | Litigation | Haider, Shan A. | 0.80 | 490.00 | $392.00 | Emails and conference with J. Lim regarding mediation, deposition and trust funds; |

**Time Entry Detail**

| Work Date | Category | Timekeeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|---|
| 3/5/2014 | Litigation | Haider, Shan A. | 0.80 | 490.00 | $392.00 | Draft email to client providing status of litigation and requesting input on logistics of depositions; |
| 3/5/2014 | Litigation | Vanacore, Jeffrey D. | 0.20 | 580.00 | $116.00 | Review deposition issues with S. Haider; |
| 3/10/2014 | Litigation | Haider, Shan A. | 0.60 | 490.00 | $294.00 | Emasil with B. Crowley regarding deposition dates and 341 transcript; emails and conferences with J. Lim regarding deposition scheduling; |
| 3/10/2014 | Litigation | Vanacore, Jeffrey D. | 0.20 | 580.00 | $116.00 | Review stipulation issues; emails with B. Crowley; |
| 3/13/2014 | Litigation | Haider, Shan A. | 0.40 | 490.00 | $196.00 | Conferences and emails with J. Lim and R. Shaefer regarding depositions, iso and mediation; |
| 3/14/2014 | Litigation | Haider, Shan A. | 2.30 | 490.00 | $1,127.00 | Conference with J. Lim on deposition dates; emails and conferences with J. Vanacore regarding deposition strategy, overall litigation strategy, and issues raised by debtor's counsel regarding consent order on funds; emails with J. Vanacore and B. Crowley regarding deposition; |
| 3/14/2014 | Litigation | Vanacore, Jeffrey D. | 0.20 | 580.00 | $116.00 | Review deposition issue with S. Haider; prepare for same; |
| 3/17/2014 | Litigation | Haider, Shan A. | 1.30 | 490.00 | $637.00 | Conference and emails with debtor's counsel regarding account hold; review amended schedules and coordinate with paralegals regarding deposition preparation; conference with trustee's primary counsel; |
| 3/17/2014 | Litigation | Borowitz, Rebecca J. | 0.20 | 250.00 | $50.00 | Review and respond to emails regarding deposition prep; |
| 3/17/2014 | Litigation | Vanacore, Jeffrey D. | 0.20 | 580.00 | $116.00 | Review deposition issues; emails with B. Crowley; |
| 3/18/2014 | Litigation | Haider, Shan A. | 0.60 | 490.00 | $294.00 | Conference with J. Vanacore regarding depositions; conference with J. Lim regarding deposition, scheduling order and hold on accounts; conference with court reporter; |
| 3/18/2014 | Litigation | Vanacore, Jeffrey D. | 0.20 | 580.00 | $116.00 | Strategy with S. Carroll regarding depositions; |
| 3/19/2014 | Litigation | Haider, Shan A. | 0.40 | 490.00 | $196.00 | Listen to 341 tape; |
| 3/20/2014 | Litigation | Haider, Shan A. | 0.80 | 490.00 | $392.00 | Prepare deposition binder and outline for J. Vanacore, including emails and conferences with paralegal; |
| 3/20/2014 | Litigation | Borowitz, Rebecca J. | 4.20 | 250.00 | $1,050.00 | Prepare deposition binder per S. Haider; |
| 3/21/2014 | Litigation | Haider, Shan A. | 1.10 | 490.00 | $539.00 | Prepare for conference with J. Vanacore on amended schedules and request to allow minimal disbursements; emails with J Vanacore to client and counsel; |
| 3/21/2014 | Litigation | Borowitz, Rebecca J. | 1.00 | 250.00 | $250.00 | Finalize and index binder for S. Haider; |
| 3/21/2014 | Litigation | Vanacore, Jeffrey D. | 0.20 | 580.00 | $116.00 | Review and resolve deposition issues; review emails from court reporter; |
| 3/24/2014 | Litigation | Haider, Shan A. | 0.20 | 490.00 | $98.00 | Email to J. Lim regarding status of order holding funds; |

**Time Entry Detail**

| Work Date | Category | Timekeeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|---|
| 3/27/2014 | Litigation | Vanacore, Jeffrey D. | 0.20 | 580.00 | $116.00 | Emails with B. Crowley regarding strategy; review same; |
| 4/1/2014 | Litigation | Vanacore, Jeffrey D. | 1.60 | 580.00 | $928.00 | Initial preparation for depositions and deposition strategy; |
| 4/1/2014 | Litigation | Haider, Shan A. | 0.40 | 490.00 | $196.00 | Emails with J. Lim regarding proposed stipulation allowing living expense deductions; email with J. Vanacore responding to client inquiry on status of stipulation; |
| 4/1/2014 | Litigation | Vanacore, Jeffrey D. | 0.90 | 580.00 | $522.00 | Telephone conference with B. Crowley regarding deposition and case strategy; |
| 4/2/2014 | Litigation | Vanacore, Jeffrey D. | 0.70 | 580.00 | $406.00 | Brief research on ability to obtain PNC bank hold on account and address issues raised by Debtor regarding right to place hold on account; |
| 4/2/2014 | Litigation | Vanacore, Jeffrey D. | 1.20 | 580.00 | $696.00 | Begin deposition preparation; |
| 4/2/2014 | Litigation | Haider, Shan A. | 1.20 | 490.00 | $588.00 | Review proposed stipulation regarding funds and revised scheduling order from J. Lim; email to J. Lim; email to B. Crowly, M. Burne and J. Vanacore providing update and proposing edits to stipulation; consider emails from J. Vanacore and B. Crowley regarding stipulation; |
| 4/2/2014 | Litigation | Vanacore, Jeffrey D. | 0.30 | 580.00 | $174.00 | Review stipulation; review issues with S. Haider; |
| 4/7/2014 | Litigation | Haider, Shan A. | 2.30 | 490.00 | $1,127.00 | Emails and conference with J. Lim regarding proposed stipulations; conference with J. Vanacore on stipulation and deposition; review emails from J. Vanacore, including on claims and strategy; conference with J. Vanacore on settlement conference proposal and interpretor. |
| 4/7/2014 | Litigation | Vanacore, Jeffrey D. | 0.90 | 580.00 | $522.00 | Continue deposition preparation; |
| 4/7/2014 | Litigation | Vanacore, Jeffrey D. | 1.30 | 580.00 | $754.00 | Begin preparing for Fang deposition; |
| 4/7/2014 | Litigation | Vanacore, Jeffrey D. | 0.60 | 580.00 | $348.00 | Review 341 meeting testimony; outline same; |
| 4/7/2014 | Litigation | Vanacore, Jeffrey D. | 0.70 | 580.00 | $406.00 | Review binder of materials to prepare for deposition; |
| 4/7/2014 | Litigation | Vanacore, Jeffrey D. | 0.60 | 580.00 | $348.00 | Review schedules; review docket; strategy regarding litigation; |
| 4/8/2014 | Litigation | Haider, Shan A. | 0.40 | 490.00 | $196.00 | Email from J. Lim on status of proposed orders and email to team regarding schedule; emails with J. Vanacore regarding settlement conference; review draft email from J. Vanacore to opposing counsel; |
| 4/8/2014 | Litigation | Vanacore, Jeffrey D. | 2.70 | 580.00 | $1,566.00 | Continue deposition preparation; |
| 4/8/2014 | Litigation | Vanacore, Jeffrey D. | 1.30 | 580.00 | $754.00 | Begin preparing for depositions; |
| 4/8/2014 | Litigation | Vanacore, Jeffrey D. | 0.50 | 580.00 | $290.00 | Telephone conference with J. Lim regarding settlement issues; |

**Time Entry Detail**

| Work Date | Category | Timekeeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|---|
| 4/8/2014 | Litigation | Vanacore, Jeffrey D. | 0.20 | 580.00 | $116.00 | Draft email to J. Lim regarding self settled spendthrift trust issues; |
| 4/8/2014 | Litigation | Vanacore, Jeffrey D. | 0.20 | 580.00 | $116.00 | Strategy with S. Haider regarding settlement meeting; |
| 4/8/2014 | Litigation | Vanacore, Jeffrey D. | 0.20 | 580.00 | $116.00 | Emails with Trustee regarding settlement meeting; review issues regarding same; |
| 4/8/2014 | Litigation | Vanacore, Jeffrey D. | 0.60 | 580.00 | $348.00 | Review trust agreement to prepare for settlement meeting; |
| 4/8/2014 | Litigation | Vanacore, Jeffrey D. | 0.60 | 580.00 | $348.00 | Telephone conference with B. Crowley regarding settlement meeting; review issues; |
| 4/8/2014 | Litigation | Vanacore, Jeffrey D. | 0.40 | 580.00 | $232.00 | Draft email to J. Lim regarding initial issues to cover at settlement meeting; |
| 4/10/2014 | Litigation | Vanacore, Jeffrey D. | 0.80 | 580.00 | $464.00 | Review dischargeability complaint; strategy regarding settlement meeting; |
| 4/10/2014 | Litigation | Vanacore, Jeffrey D. | 0.20 | 580.00 | $116.00 | Review docket; review dischargeability issues; |
| 4/13/2014 | Litigation | Haider, Shan A. | 0.20 | 490.00 | $98.00 | Follow up with J. Vanacore regarding stipulation; |
| 4/14/2014 | Litigation | Haider, Shan A. | 3.60 | 490.00 | $1,764.00 | Attention to email from J. Lim regarding proposed scheduling order, including emails with J. Vanacore and B. Crowley; conference with J. Vanacore in preparation for settlement conference; numerous emails from J. Vanacore and B. Crowley and M. Burne. |
| 4/14/2014 | Litigation | Vanacore, Jeffrey D. | 1.40 | 580.00 | $812.00 | Final preparation for settlement meeting; |
| 4/14/2014 | Litigation | Vanacore, Jeffrey D. | 1.40 | 580.00 | $812.00 | Prepare for settlement meeting with opposing counsel; |
| 4/14/2014 | Litigation | Vanacore, Jeffrey D. | 0.30 | 580.00 | $174.00 | Meeting with S. Haider regarding case background to prepare for settlement meeting; review issues; |
| 4/14/2014 | Litigation | Vanacore, Jeffrey D. | 0.20 | 580.00 | $116.00 | Emails with opposing counsel regarding settlement meeting; |
| 4/14/2014 | Litigation | Vanacore, Jeffrey D. | 1.10 | 580.00 | $638.00 | Review discovery demands to prepare for settlement meeting; emails with Trustee regarding same; |
| 4/15/2014 | Litigation | Haider, Shan A. | 0.80 | 490.00 | $392.00 | Conferences with J. Vanacore regarding settlement conference; conference with J. Lim and J. Vanacore regarding settlement proposal and JSA; emails with M. Burne regarding JSO. |
| 4/15/2014 | Litigation | Vanacore, Jeffrey D. | 0.80 | 580.00 | $464.00 | Follow-up review of trust agreement regarding settlement meeting and to rebut arguments made by opposing counsel; |
| 4/15/2014 | Litigation | Vanacore, Jeffrey D. | 1.20 | 580.00 | $696.00 | Review Will to prepare for settlement meeting and rebut arguments made by opposing counsel; |
| 4/15/2014 | Litigation | Vanacore, Jeffrey D. | 1.30 | 580.00 | $754.00 | Post settlement meeting strategy regarding issues raised; outline same; prepare rebuttal arguments; |

**Time Entry Detail**

| Work Date | Category | Timekeeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|---|
| 4/15/2014 | Litigation | Vanacore, Jeffrey D. | 0.60 | 580.00 | $348.00 | Review claim issues raised by opposing counsel; initial review of same; |
| 4/15/2014 | Litigation | Vanacore, Jeffrey D. | 0.80 | 580.00 | $464.00 | Final preparation for settlement meeting; |
| 4/15/2014 | Litigation | Vanacore, Jeffrey D. | 6.20 | 580.00 | $3,596.00 | Extended settlement meeting with opposing counsel; |
| 4/16/2014 | Litigation | Haider, Shan A. | 0.60 | 490.00 | $294.00 | Attention to JSO issues, including emails with M. Burne and J. Lim; |
| 4/16/2014 | Litigation | Vanacore, Jeffrey D. | 0.20 | 580.00 | $116.00 | Strategy regarding demand for accounting on real estate; |
| 4/16/2014 | Litigation | Vanacore, Jeffrey D. | 0.20 | 580.00 | $116.00 | Emails with opposing counsel regarding settlement issues; |
| 4/17/2014 | Litigation | Vanacore, Jeffrey D. | 0.30 | 580.00 | $174.00 | Emails with B. Crowley regarding various settlement and discovery issues; review same; |
| 4/21/2014 | Litigation | Vanacore, Jeffrey D. | 0.10 | 580.00 | $58.00 | Emails with M. Burne regarding discovery issues; |
| 4/23/2014 | Litigation | Vanacore, Jeffrey D. | 0.20 | 580.00 | $116.00 | Emails with opposing counsel regarding settlement; review issues; |
| 4/23/2014 | Litigation | Vanacore, Jeffrey D. | 0.20 | 580.00 | $116.00 | Telephone conference with opposing counsel regarding settlement issues; |
| 4/23/2014 | Litigation | Vanacore, Jeffrey D. | 0.20 | 580.00 | $116.00 | Review issues raise by opposing counsel; multiple emails regarding same; |
| 4/23/2014 | Litigation | Vanacore, Jeffrey D. | 0.20 | 580.00 | $116.00 | Telephone conference with B. Crowley regarding case strategy; review strategy issues; |
| 4/24/2014 | Litigation | Vanacore, Jeffrey D. | 0.20 | 580.00 | $116.00 | Review condo issues; emails with opposing counsel regarding same; |
| 4/25/2014 | Litigation | Vanacore, Jeffrey D. | 0.40 | 580.00 | $232.00 | Telephone conference with B. Crowley regarding Fang issues; review same; |
| 4/25/2014 | Litigation | Vanacore, Jeffrey D. | 0.30 | 580.00 | $174.00 | Telephone conference with condo association lawyer; review same; |
| 4/25/2014 | Litigation | Vanacore, Jeffrey D. | 0.10 | 580.00 | $58.00 | Emails with counsel to mortgage claimant; review issue regarding same; |
| 4/27/2014 | Litigation | Vanacore, Jeffrey D. | 0.40 | 580.00 | $232.00 | Emails with J. Lim regarding settlement issues; review settlement negotiations; emails with Trustee regarding same; |
| 4/29/2014 | Litigation | Vanacore, Jeffrey D. | 0.40 | 580.00 | $232.00 | Emails with opposing counsel regarding settlement issues; review same; strategy regarding same; |
| 4/30/2014 | Litigation | Vanacore, Jeffrey D. | 0.40 | 580.00 | $232.00 | Telephone conference with opposing counsel regarding settlement issues; review same; |
| 4/30/2014 | Litigation | Vanacore, Jeffrey D. | 0.40 | 580.00 | $232.00 | Review settlement strategy; prepare for telephone conference with opposing counsel; |

**Time Entry Detail**

| Work Date | Category | Timekeeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|---|
| 4/30/2014 | Litigation | Vanacore, Jeffrey D. | 0.20 | 580.00 | $116.00 | Telephone conference with B. Crowley regarding settlement issues; |
| 4/30/2014 | Litigation | Vanacore, Jeffrey D. | 0.50 | 580.00 | $290.00 | Detailed email with Trustee on settlement terms; review and outline same; review and resolve outstanding issues; |
| 5/1/2014 | Litigation | Vanacore, Jeffrey D. | 0.50 | 580.00 | $290.00 | Review settlement agreement; emails with B. Crowley regarding same; |
| 5/2/2014 | Fee Application | Vanacore, Jeffrey D. | 0.20 | 580.00 | $116.00 | Review fee application issues; emails with B. Crowley regarding same; |
| 5/2/2014 | Litigation | Vanacore, Jeffrey D. | 0.60 | 580.00 | $348.00 | Review and revise stipulation; emails with B. Crowley regarding same; |
| 5/7/2014 | Litigation | Vanacore, Jeffrey D. | 0.30 | 580.00 | $174.00 | Emails with opposing counsel regarding final draft of stipulation; review same; |
| 5/12/2014 | Litigation | Vanacore, Jeffrey D. | 0.20 | 580.00 | $116.00 | Review settlement agreement issues; emails with B. Crowley regarding same; |
| 5/12/2014 | Litigation | Vanacore, Jeffrey D. | 0.20 | 580.00 | $116.00 | Telephone conference with J. Lim regarding settlement agreement; review issues; emails with B. Crowley regarding same; |
| 5/13/2014 | Litigation | Vanacore, Jeffrey D. | 0.40 | 580.00 | $232.00 | Brief research on deemed admitted request for admissions; emails with B. Crowley regarding same; |
| 5/14/2014 | Litigation | Haider, Shan A. | 0.20 | 490.00 | $98.00 | Review email from debtor's counsel regarding settlement; conference with J. Vanacore regarding debtor's counsel email; |
| 5/14/2014 | Litigation | Vanacore, Jeffrey D. | 0.20 | 580.00 | $116.00 | Emails with opposing counsel regarding discovery issues; emails with B. Crowley regarding same; |
| 5/15/2014 | Litigation | Haider, Shan A. | 0.10 | 490.00 | $49.00 | Review and consider email from J. Vanacore to debtor;s counsel regarding status of settlement; |
| 5/15/2014 | Litigation | Vanacore, Jeffrey D. | 0.20 | 580.00 | $116.00 | Emails with opposing counsel regarding stipulation issues; review same; |
| 5/16/2014 | Litigation | Vanacore, Jeffrey D. | 0.40 | 580.00 | $232.00 | Two telephone conferences with opposing counsel regarding settlement issues; |
| 5/16/2014 | Litigation | Vanacore, Jeffrey D. | 0.30 | 580.00 | $174.00 | Telephone conference with B. Crowley regarding final revisions to settlement stipulation; |
| 5/16/2014 | Litigation | Vanacore, Jeffrey D. | 0.40 | 580.00 | $232.00 | Review and revise settlement stipulation; review issues; |
| 5/19/2014 | Litigation | Vanacore, Jeffrey D. | 0.20 | 580.00 | $116.00 | Review stipulation issues; emails with opposing counsel regarding same; |

**Time Entry Detail**

| Work Date | Category | Timekeeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|---|
| 5/19/2014 | Litigation | Vanacore, Jeffrey D. | 0.30 | 580.00 | $174.00 | Review new issues raised regarding abandonment of certain assets; emails with J. Kim; review same; emails with B. Crowley regarding same; |
| 5/19/2014 | Litigation | Vanacore, Jeffrey D. | 0.20 | 580.00 | $116.00 | Telephone conference with B. Crowley regarding resolution of final settlement issues; |
| 5/20/2014 | Litigation | Vanacore, Jeffrey D. | 0.40 | 580.00 | $232.00 | Draft letter to PNC Bank; review and resolve issues regarding same; |
| 5/20/2014 | Litigation | Vanacore, Jeffrey D. | 0.10 | 580.00 | $58.00 | Emails with B. Crowley regarding PNC Bank letter; |
| 5/20/2014 | Litigation | Vanacore, Jeffrey D. | 0.40 | 580.00 | $232.00 | Review settlement notices to Court and resolve final issues; emails with B. Crowley regarding same; |
| 5/21/2014 | Litigation | Vanacore, Jeffrey D. | 0.10 | 580.00 | $58.00 | Emails with B. Crowley regarding Fang; |
| 5/21/2014 | Litigation | Vanacore, Jeffrey D. | 0.10 | 580.00 | $58.00 | Review and revise PNC Bank letter; |
| 5/22/2014 | Litigation | Vanacore, Jeffrey D. | 0.20 | 580.00 | $116.00 | Review and revise PNC Bank letter; emails with opposing counsel regarding same; |
| 5/26/2014 | Litigation | Vanacore, Jeffrey D. | 0.10 | 580.00 | $58.00 | Emails with M. Burne regarding stipulation of settlement; |
| 5/27/2014 | Litigation | Vanacore, Jeffrey D. | 0.10 | 580.00 | $58.00 | Review PNC letter issues; resolve same; |
| 5/30/2014 | Litigation | Vanacore, Jeffrey D. | 0.20 | 580.00 | $116.00 | Emails with opposing counsel regarding PNC letter; finalize same; |
| 6/2/2014 | Litigation | Vanacore, Jeffrey D. | 0.20 | 580.00 | $116.00 | Review PNC letter; correspondence regarding same; |
| 6/4/2014 | Fee Application | Vanacore, Jeffrey D. | 0.20 | 580.00 | $116.00 | Brief review of fee application issues; emails with B. Crowley regarding same; |
| 6/4/2014 | Litigation | Vanacore, Jeffrey D. | 0.10 | 580.00 | $58.00 | Emails with M. Burne regarding letter to Chambers regarding settlement; |
| 6/5/2014 | Fee Application | Vanacore, Jeffrey D. | 0.20 | 580.00 | $116.00 | Emails with B. Crowley regarding fee application; review and resolve issues regarding same; |
| 6/10/2014 | Fee Application | Maag, Mary Lou | 3.10 | 235.00 | $728.50 | Emails with J. Vanacore regarding fee application (.2); review case history and draft application and supporting documents; |
| 6/11/2014 | Litigation | Vanacore, Jeffrey D. | 0.10 | 580.00 | $58.00 | Emails with S. Neeham regarding PNC; |
| 6/12/2014 | Litigation | Vanacore, Jeffrey D. | 0.10 | 580.00 | $58.00 | Email with J. Lim regarding payment; |
| 6/17/2014 | Fee Application | Maag, Mary Lou | 2.20 | 235.00 | $517.00 | Detailed review of draft fee application; revise supporting documents in consultation with billing coordinator; forward draft for attorney review; |
| 6/18/2014 | Fee Application | Vanacore, Jeffrey D. | 0.40 | 580.00 | $232.00 | Initial review of fee application; emails with M.L. Maag regarding same; |
| 6/18/2014 | Fee Application | Vanacore, Jeffrey D. | 0.10 | 580.00 | $58.00 | Emails with B. Crowley regarding fee application; |

**Time Entry Detail**

| Work Date | Category | Timekeeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|---|
| 6/18/2014 | Litigation | Vanacore, Jeffrey D. | 0.10 | 580.00 | $58.00 | Emails with opposing counsel regarding letter to PNC Bank; |
| 6/18/2014 | Litigation | Vanacore, Jeffrey D. | 0.20 | 580.00 | $116.00 | Draft PNC Bank letter providing for release of funds; |
| 6/20/2014 | Litigation | Vanacore, Jeffrey D. | 0.20 | 580.00 | $116.00 | Review and resolve final PNC bank letter issues; emails with all parties regarding same; |
| 6/25/2014 | Litigation | Vanacore, Jeffrey D. | 0.20 | 580.00 | $116.00 | Review PNC hold issues; emails with counsel regarding same; |
| 6/25/2014 | Litigation | Vanacore, Jeffrey D. | 0.10 | 580.00 | $58.00 | Telephone conference with B. Crowley on issues regarding PNC; |
| 6/26/2014 | Litigation | Vanacore, Jeffrey D. | 0.20 | 580.00 | $116.00 | Emails with opposing counsel regarding PNC issues; review and resolve same; |
| 6/26/2014 | Litigation | Vanacore, Jeffrey D. | 0.10 | 580.00 | $58.00 | Telephone conference with PNC Bank regarding account hold; |
| 6/27/2014 | Litigation | Vanacore, Jeffrey D. | 0.30 | 580.00 | $174.00 | Review PNC Bank release issues; emails with opposing counsel regarding same; |
| 6/27/2014 | Litigation | Vanacore, Jeffrey D. | 0.40 | 580.00 | $232.00 | Telephone conference with Fang counsel regarding PNC Bank issues; review same; |
| 6/27/2014 | Litigation | Vanacore, Jeffrey D. | 0.30 | 580.00 | $174.00 | Draft detailed email to PNC Bank; |
| 6/27/2014 | Litigation | Vanacore, Jeffrey D. | 0.10 | 580.00 | $58.00 | Emails with PNC Bank regarding releasing lien; |
| 7/1/2014 | Fee Application | Maag, Mary Lou | 0.10 | 235.00 | $23.50 | Email regarding timing of filing fee application; |
| 7/3/2014 | Litigation | Vanacore, Jeffrey D. | 1.40 | 580.00 | $812.00 | Multiple emails and telephone conference with Fang counsel regarding PNC; telephone conference with B. Crowley regarding same; |
| 7/6/2014 | Litigation | Vanacore, Jeffrey D. | 0.10 | 580.00 | $58.00 | Multiple emails regarding PNC issues; |
| 7/7/2014 | Litigation | Vanacore, Jeffrey D. | 0.30 | 580.00 | $174.00 | Emails with J. McDonnell and Trustee regarding payment; emails with opposing counsel regarding same; |
| 7/15/2014 | Litigation | Vanacore, Jeffrey D. | 0.10 | 580.00 | $58.00 | Emails with PNC Bank counsel regarding payment; |
| 7/16/2014 | Litigation | Vanacore, Jeffrey D. | 0.10 | 580.00 | $58.00 | Emails with J. Lim regarding PNC check; |
| 7/18/2014 | Litigation | Vanacore, Jeffrey D. | 0.10 | 580.00 | $58.00 | Emails regarding check; telephone conference with Trustee; |
| | | **TOTALS** | **180.21** | | **$81,882.95** | |