-6-

# EXHIBIT C

Disbursements

| DISBURSEMENTS | | AMOUNT |
|---|---|---|
| a) | Filing Fee | $150.00 |
| b) | Service of Subpoena | $150.00 |
| c) | Pro Hac Vice Fee | $199.00 |
| d) | Professional Services | $650.00 |
| e) | Photocopying | $6.90 |
| f) | Air Express Charges | $47.87 |
| g) | Postage | $1.70 |
| h) | Telephone | $23.79 |
| i) | Computer Research | $649.61 |
| j) | Travel Expense | $4.56 |
| | DISBURSEMENT TOTAL | **$1,883.43** |

85206-0004/LEGAL122329552.2