-8-

Proposed Order

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMY L. FANG,<br><br>           Debtor. | Case No. 12-26863 (MBK)<br>Honorable Michael B. Kaplan<br>Chapter 7 |

### ORDER GRANTING FIRST AND FINAL ALLOWANCES TO PERKINS COIE LLP

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

(Page 2)

| | |
|---|---|
| Debtor: | Amy L. Fang |
| Case No.: | 12-26863-MBK |
| Caption of Order: | Order Granting First and Final Allowances to Perkins Coie LLP |

**AND NOW**, the Court finds the firm named below filed an amended first and final application for allowances; notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown;

**IT IS ORDERED** that compensation and expenses are allowed as follows:

| APPLICANT | FEES | EXPENSES |
|---|---|---|
| Perkins Coie LLP<br>*Special Counsel to*<br>*John M. McDonnell, Chapter 7 Trustee* | $_____ | $_____ |

-2-

85206-0004/LEGAL122330111.2